**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00994-WJM-MEH

WILDEARTH GUARDIANS,

      Plaintiff,

  v.

MICHAEL S. REGAN, in his official capacity as
Administrator of the United States Environmental Protection Agency,

      Defendant.

---

DEFENDANT'S
CROSS-MOTION FOR SUMMARY JUDGMENT

---

Defendant Michael S. Regan, Administrator of the United States Environmental

Protection Agency ("Defendant" or "EPA"), pursuant to Fed. R. Civ. P. 56(a), moves for

summary judgment dismissing the Complaint filed by Plaintiff WildEarth Guardians in this

matter.  As grounds for his motion, Defendant states the following:

      1.    Plaintiff filed its Complaint for Declaratory and Injunctive Relief (ECF No. 1)

on April 8, 2021.  Plaintiff brought this case under the citizen suit provision of the Clean Air

Act ("CAA"), 42 U.S.C. § 7604(a)(2), alleging that Defendant Regan failed to perform a

mandatory duty under 42 U.S.C. § 7410(k)(1)(B) to make a finding by February 3, 2021,

that the State of Colorado had not submitted a "state implementation plan" to demonstrate

that Colorado would attain the 2008 ozone National Ambient Air Quality Standard by a

specific date.

2.      Defendant filed an answer on July 12, 2021.  ECF No. 21.

3.      Plaintiff Guardians filed a motion for summary judgment on July 12, 2021.
ECF No. 20.

4.      On August 31, 2021, Plaintiff and Defendant filed a document entitled "Joint
Stipulated Facts for Purposes of Summary Judgment," ECF No. 29, stating that "the parties
jointly stipulate to the following facts for the purposes of the parties' cross-motions for
summary judgment."

5.      Rule 56(a) of the Federal Rules of Civil Procedure states in part that "[t]he
court shall grant summary judgment if the movant shows that there is no genuine dispute
as to any material fact and the movant is entitled to judgment as a matter of law."

6.      There are no genuine issues of material fact, and Defendant is entitled to
judgment as a matter of law dismissing this action.

7.      Citations to the record, argument, and authority in support of this motion are
set forth in "Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary
Judgment and in Support of Defendant's Cross-Motion for Summary Judgment," filed
contemporaneously with this motion.

WHEREFORE, Defendant moves the Court to grant him summary judgment and to
dismiss this action with prejudice.

Respectfully submitted,

Dated: August 31, 2021    By:    */s/ Daniel Pinkston*
DANIEL PINKSTON
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1804
Daniel.pinkston@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the preceding DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

kmerlin@wildearthguardians.org
dtimmons@wildearthguardians.org

*/s/ Daniel Pinkston*
U.S. Department of Justice