IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00994-WJM-MEH

WILDEARTH GUARDIANS,
    Plaintiff,

v.

MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,
    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Cross-Motion for Summary Judgment [ECF 34] entered by Judge William J. Martínez on March 7, 2022, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Defendant and against Plaintiff. It is further

ORDERED that parties shall bear their own costs.

This case is closed.

DATED at Denver, Colorado this 7th day of March, 2022.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/H. Guerra
                    H. Guerra, Deputy Clerk